UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS LEE MESTER, | 1:04-cv-06580-REC-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 18) |
| vs. | |
| DR. M. KIM, et al., | **ORDER DISMISSING CERTAIN DEFENDANTS** |
| Defendants. | |

Plaintiff Morris Lee Mester ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 15, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
*de novo* review of this case.  Having carefully reviewed the
entire file, the Court finds the Findings and Recommendations to
be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.   The Findings and Recommendations, filed April 15, 2005, is ADOPTED IN FULL;

    2.   This action proceed against defendants Kim, Sacks, Neubarth, Nicholes, Robinson, Plaza, and Malfi on plaintiff's Eighth Amendment medical claims; and,

    3.   Defendants Yates, Bendon, Ortiz, Thomas, Hill, Sherlock, Johns, and Sanchez are dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them under section 1983.

IT IS SO ORDERED.

**Dated:  June 14, 2005**        /s/ Robert E. Coyle
668554                           UNITED STATES DISTRICT JUDGE