# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS LEE MESTER,<br><br>                    Plaintiff,<br><br>        v.<br><br>DR. M. KIM, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. CV-F-04-6580 REC SMS P<br><br>ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS<br><br>(Doc. 38) |

Plaintiff Morris Lee Mester ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 26, 2005, defendants filed a motion to dismiss. Plaintiff has not filed a response to the motion.

Accordingly, within **thirty (30) days** from the date of service of this order, plaintiff shall file an opposition or a statement of non-opposition to the motion. Local Rule 78-230(m). <u>If plaintiff fails to file a response to the motion in compliance with this order, the court shall recommend that this action be dismissed for failure to prosecute</u>.

IT IS SO ORDERED.

**Dated:    October 27, 2005**            /s/ Sandra M. Snyder
icido3                                           UNITED STATES MAGISTRATE JUDGE

1