UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS LEE MESTER,<br><br>        Plaintiff,<br><br>    vs.<br><br>DR. M. KIM, et al.,<br><br>        Defendants.<br>_____/ | 1:04-cv-06580-REC-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 62)<br><br>**ORDER DENYING MOTION TO DISMISS** (Doc. 38)<br><br>**ORDER REQUIRING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT WITHIN THIRTY DAYS** |

    Plaintiff Morris Lee Mester ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On December 22, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30)

///

1

days.  On January 9, 2006, defendants filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 22, 2005, is ADOPTED IN FULL;

2. Defendants' unenumerated Rule 12(b) motion to dismiss, filed August 26, 2005, is DENIED on the ground that exhaustion occurred on April 19, 2004, when plaintiff's appeal was denied at the Director's Level of review; and

3. Defendants shall file a response to plaintiff's complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:  February 15, 2006**             /s/ Robert E. Coyle
668554                                    UNITED STATES DISTRICT JUDGE