1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9    MORRIS LEE MESTER,                      CASE NO. CV-F-04-6580 REC SMS P

10                         Plaintiff,        ORDER NOTIFYING PARTIES THAT
                                             PLAINTIFF'S SUPPLEMENTAL COMPLAINT
11          v.                               AND MOTION FOR PRELIMINARY
                                             INJUNCTIVE RELIEF SHALL BE TREATED
12    DR. M. KIM, et al.,                    SOLELY AS A MOTION FOR PRELIMINARY
                                             INJUNCTIVE RELIEF
13                         Defendants.
                                             (Doc. 67)
14    _____/

15
16         Plaintiff Morris Lee Mester ("plaintiff") is a state prisoner proceeding pro se and in forma

17    pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on

18    plaintiff's complaint filed on November 12, 2004, against defendants Kim, Sacks, Neubarth,

19    Nicholes, Robinson, Plaza, and Malfi ("defendants") on plaintiff's claim that they violated the

20    Eighth Amendment by acting with deliberate indifference to his serious medical needs.  On April

21    12, 2006, plaintiff filed a document entitled "Supplemental Complaint in Addition to Existing

22    Complaint and Motion for Preliminary Injunction."  (Doc. 67.)

23         Plaintiff may not supplement his complaint without leave of court, and leave of court has

24    been neither sought nor granted.  Fed. R. Civ. P. 15(d).  In addition, in no event would the court

25    permit plaintiff to file one document that combined both a pleading and a motion for preliminary

26    injunctive relief.

27    ///

28    ///

1

Accordingly, the parties are HEREBY NOTIFIED that the filing shall be treated solely as a motion for preliminary injunctive relief.  Plaintiff's attempt to supplement his complaint in this manner is rejected.


IT IS SO ORDERED.

**Dated:    April 14, 2006**                                 **/s/ Sandra M. Snyder**
icido3                                                      UNITED STATES MAGISTRATE JUDGE

2