UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS MESTER, | 1:04-CV-6580 REC SMS P |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME |
| v. | (DOCUMENT #71) |
| DR. KIM, et al., | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 1, 2006, defendants Sacks, Nicholes, Neubarth, Kim, Malfi, Robinson, and Plaza filed a motion seeking to extend time to respond to plaintiff's motion for preliminary injunctive relief filed on April 12, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendants are granted thirty days from the date of service of this order in which to respond to the motion for preliminary injunctive relief.

IT IS SO ORDERED.

**Dated:   May 9, 2006**                     **/s/ Sandra M. Snyder**
i0d3h8                                                 UNITED STATES MAGISTRATE JUDGE