# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS LEE MESTER,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. M. KIM, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:04-CV-06580 AWI SMS P<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION, NUNC PRO TUNC TO JUNE 29, 2006<br><br>(Doc. 77) |

On June 9, 2006, defendants filed a second motion seeking an extension of time to file an opposition to plaintiff's motions for preliminary injunctive relief. Defendants filed their opposition to the motions on June 29, 2006. On July 11, 2006, plaintiff filed an objection to defendants' motion for an extension of time.

Plaintiff's objection has been considered by the court, but is less than compelling given that plaintiff supplemented his original motion of April 12, 2006, without leave of court on three occasions, April 26, 2006, May 31, 2006, and June 1, 2006. Further, plaintiff has made no showing

///
///
///
///
///
///

of prejudice or that defendants' motion was brought in bad faith.  Defendants' second motion for an extension of time to file an opposition is HEREBY GRANTED, nunc pro tunc to June 29, 2006.

IT IS SO ORDERED.

**Dated:   September 7, 2006**                            **/s/ Sandra M. Snyder**
icido3                                                    UNITED STATES MAGISTRATE JUDGE