1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MORRIS LEE MESTER,                          CASE NO. 1:04-CV-06580 AWI SMS P

                   Plaintiff,        ORDER DIRECTING THE CLERK'S OFFICE
                                            TO SEND PLAINTIFF A SECTION 1983
   v.                                       COMPLAINT FORM

DR. M. KIM, et al.,                         (Doc. 75)

                  Defendants.

_____/

       On June 1, 2006, plaintiff requested leave to file a separate action under 42 U.S.C. § 1983. (Doc. 75, 1:15-17.)  Leave of court is not required to file suit in this instance.  However, the court shall provide plaintiff with a complaint form, in the event he is in need of one.

       Accordingly, the Clerk's Office is HEREBY DIRECTED to send plaintiff a section 1983 complaint form.

IT IS SO ORDERED.

**Dated:**   __September 7, 2006__          __/s/ Sandra M. Snyder__
icido3                         UNITED STATES MAGISTRATE JUDGE

1