# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS LEE MESTER,<br><br>             Plaintiff,<br><br>     v.<br><br>DR. M. KIM, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:04-cv-06580-LJO-SMS PC<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A MOTION FOR SUMMARY JUDGMENT, NUNC PRO TUNC TO FEBRUARY 15, 2007<br><br>(Doc. 98)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 111) |

Plaintiff Morris Lee Mester ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The deadline for filing pre-trial dispositive motions was set for February 5, 2007.  On January 26, 2007, defendants filed a motion seeking an extension of time to file a motion for summary judgment.  Plaintiff opposed the motion for an extension of time on February 8, 2007, and defendants filed the motion for summary judgment on February 15, 2007.  On March 7, 2007, plaintiff filed a motion seeking an extension of time to file an opposition.

Defendants have not previously sought an extension of the pre-trial dispositive motion deadline and have shown good cause for their request.  Plaintiff has made no showing that a delay

///

of ten days caused him any prejudice.  Accordingly, defendants' motion shall be granted, nunc pro tunc to February 15, 2007.

Plaintiff's motion for an extension of time to file an opposition to defendants' motion for summary judgment shall also be granted.  Plaintiff has thirty days within which to file his opposition.

Based on the foregoing, it is HEREBY ORDERED that:

1. Defendants' motion for an extension of time to file a motion for summary judgment is GRANTED, nunc pro tunc to February 15, 2007;

2. Plaintiff's motion for an extension of time to file an opposition to defendants' motion for summary judgment is GRANTED; and

3. Within **thirty (30) days** from the date of service of this order, plaintiff shall file his opposition to defendants' motion for summary judgment.

IT IS SO ORDERED.

**Dated:   March 19, 2007**                    **/s/ Sandra M. Snyder**
i0d3h8                                         UNITED STATES MAGISTRATE JUDGE