UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS LEE MESTER,<br><br>        Plaintiff,<br><br>vs.<br><br>DR. M. KIM, et al.,<br><br>        Defendants.<br>_____ / | 1:04-cv-06580-LJO-SMS PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 97)<br><br>**ORDER DENYING MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 92 & 95) |

    Plaintiff Morris Lee Mester ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 5, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days.  To date, neither plaintiff nor defendants have filed any objection to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 5, 2007, is ADOPTED IN FULL; and,

2. Plaintiff's motions for preliminary injunctive relief, filed December 7, 2006, and December 22, 2006, are DENIED, with prejudice, on the ground that the court lacks jurisdiction in this action to issue the order sought.

IT IS SO ORDERED.

**Dated:   March 19, 2007**          /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES DISTRICT JUDGE