# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS LEE MESTER,<br><br>             Plaintiff,<br><br>    v.<br><br>DR. M. KIM, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:04-cv-06580-LJO-SMS PC<br><br>ORDER CLARIFYING STATUS OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Docs. 119 and 120) |

Plaintiff Morris Lee Mester ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 15, 2007, defendants filed a motion for summary judgment, and on March 19, 2007, the court granted plaintiff a thirty-day extension of time to file an opposition. (Docs. 100-109, 112.) On April 6, 2007, plaintiff filed what he entitled in part an opposition to defendants' motion for summary judgment, and defendants filed a reply on April 12, 2007. (Docs. 115, 116.) Upon review, the court determined that the "opposition" was, in large part, a description of why plaintiff could not adequately oppose defendants' motion and needed additional time. (Doc. 118.) In an order filed on April 16, 2007, the court granted plaintiff an extension of time, and notified plaintiff that if he files another opposition, his filing of April 6 will not be considered, but if he fails to file another opposition, the court will treat his April 6 filing as the opposition. (Id.)

On April 19, 2007, plaintiff filed an opposition to defendants' motion for summary judgment, and on April 20, 2007, plaintiff filed a notice, presumably in response to defendants' reply to his

///

1

1  April 6 filing, stating that his April 6 filing was not his opposition and was clearly a request for an
2  extension of time.[1]  (Docs. 119, 120.)
3       Accordingly, plaintiff's opposition has now been filed and defendants may reply if they so
4  choose. Local Rule 78-230(m). The matter will be deemed submitted in accordance with Local Rule
5  78-230(m), and will be resolved in due course. By this order, the status of plaintiff's opposition has
6  HEREBY BEEN CLARIFIED.

8  IT IS SO ORDERED.
9  **Dated:   April 25, 2007**                    /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's notice is dated April 16, 2007, and was sent to the court prior to plaintiff's receipt of the court's order filed April 16, 2007, in which the court recognized that plaintiff's April 6 filing was not the opposition.

2