# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS LEE MESTER,<br><br>          Plaintiff,<br><br>    v.<br><br>DR. M. KIM, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:04-cv-06580-LJO-SMS PC<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF, AND NOTIFYING PLAINTIFF THAT ANY FURTHER MOTIONS SEEKING PRELIMINARY INJUNCTIVE RELIEF PLAINTIFF IS NOT LEGALLY ENTITLED TO WILL BE STRICKEN FROM THE RECORD<br><br>(Docs. 114 and 117) |

      Plaintiff Morris Lee Mester ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's complaint filed November 12, 2004, against defendants Kim, Sacks, Neubarth, Nicholes, Robinson, Plaza, and Malfi ("defendants") on plaintiff's claim that they violated the Eighth Amendment by acting with deliberate indifference to his serious medical needs. On March 28, 2007, and April 11, 2007, plaintiff filed motions seeking medical treatment and a transfer.

      The claims in this action accrued between June 23, 2003 and March 4, 2004, and relate to plaintiff's hernia and the delay of and/or interference with hernia surgery. The alleged failure to provide plaintiff with medical treatment for his current medical issues and the alleged retaliatory actions currently occurring are not being litigated in this action. Because the events plaintiff is complaining of in his motions are not being litigated in this action, the Court has no jurisdiction to issue an order aimed at remedying those events. City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); Valley Forge Christian Coll. v. Ams. United for Separation of Church

1  and State, Inc., 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); <u>Jones v. City of Los Angeles</u>, 444
2  F.3d 1118, 1126 (9th Cir. 2006); <u>Zepeda v. United States Immigration Service</u>, 753 F.2d 719, 727
3  (9th Cir. 1985).

4        Plaintiff has previously been notified of the legal showing that must be made to obtain preliminary injunctive relief, plaintiff has previously been notified that the Court does not have jurisdiction to issue an orders aimed at remedying his current conditions of confinement, and plaintiff has previously been placed on notice that his persistence in seeking relief he is not entitled to is an abuse of the judicial process. (Docs. 97, 113.) Any further motions seeking preliminary injunctive relief that plaintiff is not legally entitled to in this action will be stricken from the record.

10        Accordingly, plaintiff's motions for preliminary injunctive relief, filed March 28, 2007, and April 11, 2007, are HEREBY DENIED, with prejudice, and any further motions seeking preliminary injunctive relief that plaintiff is not legally entitled to in this action will be STRICKEN from the record.

15  IT IS SO ORDERED.

16  **Dated:   May 8, 2007**               /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

2