# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS LEE MESTER,  | CASE NO. 1:04-cv-06580-LJO-SMS PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO JUNE 6, 2007, TO FILE A REPLY |
| v. | |
| DR. M. KIM, et al., | (Doc. 123) |
| Defendants. | |

On April 30, 2007, defendants filed a motion seeking an extension of time to June 6, 2007, to file a reply.  Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   May 18, 2007**                        **/s/ Sandra M. Snyder**
                                                          UNITED STATES MAGISTRATE JUDGE