1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  MORRIS LEE MESTER,                          CASE NO. 1:04-cv-06580-LJO-SMS PC

10                    Plaintiff,               ORDER STRIKING DECLARATION

11        v.                                   (Doc. 126)

12  DR. M. KIM, et al.,

13                    Defendants.
                                          /
14

15        Plaintiff Morris Lee Mester ("plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 15, 2007, plaintiff

17  submitted a declaration concerning his current medical condition.  The declaration is not relevant

18  to any pending proceeding in this action and pursuant to the Court's order of May 9, 2007, is

19  HEREBY ORDERED STRICKEN from the record.

20

21  IT IS SO ORDERED.

22  **Dated:    May 18, 2007**                    _/s/ Sandra M. Snyder_
                                         UNITED STATES MAGISTRATE JUDGE
23

24
25
26
27
28

1