# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS LEE MESTER, | CASE NO. 1:04-cv-06580-LJO-SMS PC |
| Plaintiff, | ORDER ADDRESSING LETTER |
| v. | (Doc. 130) |
| DR. M. KIM, et al., | |
| Defendants. | |

Plaintiff Morris Lee Mester ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On June 7, 2007, the Clerk's Office filed in a letter written by plaintiff regarding case number 1:07-cv-00698-AWI-NEW (DLB) PC *Mester v. Igbinosa, et al*. In the letter, plaintiff complains that he was not trying to file a new action and was trying to file a related complaint in this action and in case number 1:06-cv-01065-OWW-DLB PC *Mester v. Boghosian, et al.*, due to the retaliation taking place against him for litigating this action and case number 1:06-cv-01065-OWW-DLB PC. Plaintiff requests to know why he is being forced to file a new lawsuit.

If plaintiff does not wish to proceed forward with case number 1:07-cv-00698-AWI-NEW (DLB) PC, he has the right to file a notice of voluntary dismissal. Fed. R. Civ. P. 41(a). The deadline to amend the pleadings in this action expired on January 5, 2007. (Doc. 66.) Therefore, plaintiff may not amend or supplement his complaint in this action. If plaintiff wishes to raise new claims alleging retaliation against him for pursuing this lawsuit, plaintiff must do so in a separate action.

By this order, plaintiff's letter, filed June 7, 2007, is HEREBY DEEMED ADDRESSED.

IT IS SO ORDERED.

**Dated:   June 11, 2007**             **/s/ Sandra M. Snyder**
                              UNITED STATES MAGISTRATE JUDGE