# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS LEE MESTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DR. M. KIM, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:04-cv-06580-LJO-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 135)<br><br>ORDER STRIKING PLAINTIFF'S FILINGS FROM THE RECORD<br><br>(Docs. 132, 133, and 134)<br><br>ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR DEFENDANTS<br><br>(Doc. 100) |

Plaintiff Morris Lee Mester ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On July 13, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On July 25, 2007, plaintiff filed an Objection.

///

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 13, 2007, is adopted in full;
2. Plaintiff's filings of June 15, 2007, June 25, 2007, and July 2, 2007, are STRICKEN from the record;
3. Defendants' motion for summary judgment, filed February 15, 2007, is GRANTED, thus concluding this action in its entirety; and
4. The Clerk of the Court shall enter judgment for defendants and against plaintiff and close this action.

IT IS SO ORDERED.

**Dated:   August 14, 2007**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE