UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS L. MESTER,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>H. D. SACKS, MD; et al.,<br><br>　　　　Defendants - Appellees. | No.  07-16841<br>D.C. No.  CV-04-06580-LJO<br><br>**ORDER**<br><br>FILED<br>OCT 3 1 2007<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY_____<br>　　　DEPUTY CLERK |

This appeal has been taken in good faith　[ ]

This appeal is not taken in good faith　[✓]

Explanation: In response to Rule 56 motion, Plaintiff submitted no admissible evidence to show that Defendants were deliberately indifferent to his medical needs. No experts offered by plaintiff.

_____
　　　　　　　　　　　　　Judge
United States District Court

Date: Oct 31, 2007

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

October 25, 2007

| MORRIS L. MESTER, | No. 07-16841 |
| Plaintiff - Appellant, | D.C. No. CV-04-06580-LJO |
| v. | |
| H. D. SACKS, MD; et al., | **REFERRAL NOTICE** |
| Defendants - Appellees. | |

*SMS PC*

This matter is referred to the district court for the limited purpose of determining whether this appeal has been taken in good faith or is frivolous. *See* 28 USC Sec. 1915(a)(3).

If the district court is of the opinion that this appeal is frivolous or not taken in good faith, the district court is requested to complete the attached certification form and return it to this court within 21 days. If this court does not receive a completed certification form within 21 days, it will presume that the district court considers the appeal to have been taken in good faith.

This referral shall not affect the briefing schedule previously established by this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Joe Williams
Deputy Clerk